UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------
KAHN,

       Plaintiff,     08 Civ. 11368 (JGK)

   - against -        ORDER

OPPENHEIMER & CO., INC.,

       Defendant.
---------------------------------------

JOHN G. KOELTL, District Judge:

  The defendants in this matter have filed motions to dismiss. The plaintiff's time to respond is extended until **September 3, 2009**. The defendants' time to reply is extended until **September 10, 2009**.

  If the plaintiff does not reply by this deadline, the Court will decide the motions to dismiss on the basis of the papers filed with this Court.

SO ORDERED.

Dated: New York, New York
    August 20, 2009

                 _____
                 John G. Koeltl
               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/09